1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY,                )<br>                                                                              )<br>                                 Plaintiff,                       )<br>                                                                              )<br>                    v.                                               )<br>                                                                              )<br>LEXINGTON INSURANCE COMPANY,           )<br>                                                                              )<br>                                 Defendant.                   )<br>                                                                              )<br>_____)  | Case No. 5:14-cv-05214-PSG<br><br>**CASE MANAGEMENT ORDER**<br><br>**(Re: Docket No. 11)** |

Based on the parties' joint case management statement[1] and the discussions held at the case management conference,[2]

IT IS HEREBY ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is March 16, 2015.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

_____

[1] *See* Docket No. 11.

[2] *See* Docket No. 14.

1

Case No. 5:14-cv-05214-PSG
CASE MANAGEMENT ORDER

IT IS FURTHER ORDERED that the parties participate in court conference settlement procedure with United States Magistrate Judge Nathanael Cousins.  The parties shall contact him within 14 days to schedule the evaluation on or before May 14, 2015.

IT IS FURTHER ORDERED that the following deadlines shall apply to this case:

Rule 26 Initial Disclosures ................................................................................... April 7, 2015

Deadline to File Motion for Class Certification ..................................................... May 27, 2015

Response to Class Certification ........................................................................... July 15, 2015

Reply re Class Certification .................................................................................. July 30, 2015

Hearing on Class Certification ................................................... August 11, 2015 at 10:00 a.m.

Fact Discovery Cut-Off ............................................................................... September 30, 2015

Plaintiffs' Expert Disclosure and Reports ................................................... December 11, 2015

Defendant's Expert Disclosure and Reports................................................... January 11, 2015

Expert Rebuttal Reports Due ........................................................................ February 2, 2015

Last Day to File Dispositive Motions................................................................ March 1, 2015

Final Hearing on Dispositive Motions ......................................... April 5, 2016 at 10:00 a.m.

Pre-Trial Conference .................................................................. April 19, 2016 at 10:00 a.m.

Jury Trial ..........................................................................................May 2, 2016 at 9:30 a.m.

**SO ORDERED.**

Dated: January 14, 2015

PAUL S. GREWAL
United States Magistrate Judge

Case No. 5:14-cv-05214-PSG
CASE MANAGEMENT ORDER

United States District Court
For the Northern District of California