UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY, </br></br>　　　　Plaintiff, </br></br>　v. </br></br>LEXINGTON INSURANCE COMPANY, </br></br>　　　　Defendant. | Case No. 5:14-cv-05214-PSG </br></br>**MODIFIED CASE MANAGEMENT ORDER** </br></br>**(Re: Docket No. 11)** |

Based on the parties' joint case management statement[1] and the discussions held at the case management conference,[2]

IT IS HEREBY ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is March 16, 2015.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

---

[1] *See* Docket No. 11.

[2] *See* Docket No. 14.

1   IT IS FURTHER ORDERED that the parties participate in court conference settlement procedure with United States Magistrate Judge Nathanael Cousins.  The parties shall contact him within 14 days to schedule the evaluation on or before May 14, 2015.

IT IS FURTHER ORDERED that the following deadlines shall apply to this case:

| | |
|---|---|
| Rule 26 Initial Disclosures | April 7, 2015 |
| Fact Discovery Cut-Off | September 30, 2015 |
| Plaintiff's Expert Disclosure and Reports | December 11, 2015 |
| Defendant's Expert Disclosure and Reports | January 11, 2015 |
| Expert Rebuttal Reports Due | February 2, 2015 |
| Last Day to File Dispositive Motions | March 1, 2015 |
| Final Hearing on Dispositive Motions | April 5, 2016 at 10:00 a.m. |
| Pre-Trial Conference | April 19, 2016 at 10:00 a.m. |
| Judge Trial | May 2, 2016 at 9:30 a.m. |

**SO ORDERED.**

Dated: January 23, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

2
Case No. 5:14-cv-05214-PSG
CASE MANAGEMENT ORDER